IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DOUBLE EAGLE CLUB, INC., <br><br> Plaintiff, <br><br> v. <br><br> BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC, BG SIGNATURE PROPERTIES, LLC, HELMUT FORERO, and ROBERT D. GENOVESE, <br><br> Defendants. | Civil Action No. <br> 1:17-cv-00073-JRH-BKE |

**PLAINTIFF DOUBLE EAGLE CLUB, INC.'S
DISMISSAL OF CLAIMS AGAINST DEFENDANT HELMUT FORERO ONLY**

Subject to the terms of the confidential Settlement and Conditional Mutual Release Agreement among the parties, Plaintiff Double Eagle Club, Inc. ("Plaintiff"), by and through its counsel, hereby dismisses its claims asserted against Defendant Helmut Forero with prejudice. This dismissal of Plaintiff's claims against Mr. Forero alone shall have no effect upon other claims asserted by Plaintiff in this action.

Respectfully submitted this 12th day of August, 2019.

    THE MAXIM LAW FIRM, P.C.

    s/ Kevin A. Maxim_____
    Kevin A. Maxim
    Georgia Bar No. 478580
    Michelle Cohen Egan
    Georgia Bar No. 174650
    The Maxim Law Firm, P.C.
    1718 Peachtree St., NW
    Suite 599
    Atlanta, Georgia   30309
    Phone: (404) 924-4272
    Fax:    (404) 924-4273

        E-mail: kmaxim@maximlawfirm.com
        E-mail: megan@maximlawfirm.com

*Attorneys for Plaintiff*
*Double Eagle Club, Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a true and correct copy of the foregoing by electronically filing the same with the Clerk of Court using the CM/ECF system which will send notification to the following attorneys of record:

>Edward J. Tarver, Esq. (*etarver@enochtarver.com* and *enobles@enochtarver.com*)
>Enoch Tarver, P.C.
>3540 Wheeler Road, Suite 312
>Augusta, GA   30909

This 12th day of August, 2019.

>s/ Kevin A. Maxim
>Kevin A. Maxim
>Georgia Bar No. 478580
>Michelle Cohen Egan
>Georgia Bar No. 174650
>The Maxim Law Firm, P.C.
>1718 Peachtree St., NW
>Suite 599
>Atlanta, Georgia   30309
>Phone: (404) 924-4272
>Fax:     (404) 924-4273
>E-mail: kmaxim@maximlawfirm.com
>E-mail: megan@maximlawfirm.com