# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

DOUBLE EAGLE CLUB, INC.,

    Plaintiff,

v.

BG CAPITAL MANAGEMENT SOUTH FLORIDA, LLC, BG SIGNATURE PROPERTIES, LLC, HELMUT FORERO, and ROBERT D. GENOVESE,

    Defendants.

Civil Action No.
1:17-cv-00073-JRH-BKE

## JOTIN STIPULATION Of DISMISSAL WITH PREJUDICE

Subject to the terms of the confidential Settlement and Conditional Mutual Release Agreement among the parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Double Eagle Club, Inc., and remaining Defendants BG Capital Management South Florida, LLC, BG Signature Properties, LLC, and Robert D. Genovese, by and through their respective counsel, hereby stipulate to dismiss this action with prejudice.

Respectfully submitted this 13th day of May, 2021.

s/ Kevin A. Maxim_____
Kevin A. Maxim
Georgia Bar No. 478580
Michelle Cohen Egan
Georgia Bar No. 174650
The Maxim Law Firm, P.C.
1718 Peachtree St., NW, Suite 599
Atlanta, GA   30309
Phone: (404) 924-4272
Fax:    (404) 924-4273
E-mail: kmaxim@maximlawfirm.com
E-mail: megan@maximlawfirm.com
*Attorneys for Plaintiff*
*Double Eagle Club, Inc.*

s/ Edward J. Tarver_____
Edward J. Tarver, Esq.
Georgia Bar No. 698380
Enoch Tarver, P.C.
3540 Wheeler Road, Suite 312
Augusta, GA   30909
E-mail: etarver@enochtarver.com
and enobles@enochtarver.com

*Attorney for Defendants*
*Defendants BG Capital Management*
*South Florida, LLC,*
*BG Signature Properties, LLC, and*
*Robert D. Genovese*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing by electronically filing the same with the Clerk of Court using the CM/ECF system which will send notification to the following attorneys of record:

>Edward J. Tarver, Esq. (*etarver@enochtarver.com* and *enobles@enochtarver.com*)
>Enoch Tarver, P.C.
>3540 Wheeler Road, Suite 312
>Augusta, GA   30909

This 13th day of May, 2021.

>s/ Kevin A. Maxim
>Kevin A. Maxim
>Georgia Bar No. 478580
>The Maxim Law Firm, P.C.
>1718 Peachtree St., NW
>Suite 599
>Atlanta, Georgia   30309
>Phone: (404) 924-4272
>Fax:    (404) 924-4273
>E-mail: kmaxim@maximlawfirm.com
>E-mail: megan@maximlawfirm.com